FILED
**Charlotte**
**7/17/2026**
U.S. District Court
Western District of N.C.

# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

RECEIVED
**UNITED STATES MARSHAL**
**4:41 pm, Jun 16 2026**
**WESTERN NORTH CAROLINA**
**CHARLOTTE**

| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  3:26-cr- 134-SCR |
| TYLER WADE PRESNELL | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     TYLER WADE PRESNELL                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Distribution of Child Pornography

Date:  6/16/2026

_____
*Issuing officer's signature*

City and state:     Charlotte, North Carolina

KATHERINE H. SIMON, CLERK OF COURT
*Printed name and title*

---

**Return**

This warrant was received on *(date)*  6-16-26 , and the person was arrested on *(date)*  7/17/2026
at *(city and state)*  Charlotte, NC          .

Date:  6/17/2026

_____
*Arresting officer's signature*

SA Eden Mullinax
*Printed name and title*